In the Matter of ALFRED H. NEWBURGER et al., Individually and as Copartners under the Firm Name of NEWBURGER, HENDERSON & LOEB, Respondents, *v.* WILLIAM ROSE, Appellant.

(Argued May 14, 1930; decided June 3, 1930.)

*Maurice V. Seligson* and *Gustave B. Garfield* for appellant.

*Osmond K. Fraenkel* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: LEHMAN, J.